UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OIHO
EASTERN DIVISION

| | |
|---|---|
| BRUCE JOHNSON | CASE NO. 4:22-CV-01514-BYP |
| PLAINTIFF | JUDGE BENITA Y. PEARSON |
| Vs. | JOINT MOTION TO AMEND BY INTERLINEATION |
| NATIONAL GENERAL ACCIDENT & HEALTH, ET AL. | |
| DEFENDANTS | |

Comes now the Plaintiff and Defendants, and hereby jointly move this Court to change the name of Defendant "National General Accident & Health" to "National Health Insurance Company".

| | |
|---|---|
| _/s/ Daniel G. Keating_ | _/s/ Casey J. McElfresh_ |
| Daniel G. Keating, Esq. (0001382) | Robert Fogarty (0006818) |
| 170 Monroe Street N.W. | Casey J. McElfresh (0088083) |
| Warren, OH 44483 | Bryan W. Evans (0092652) |
| dankeating@dgkeatinglaw.com | Hahn Loeser & Parks LLP |
| Attorney for Plaintiff | 200 Public Square, Suite 2800 |
| | Cleveland, OH 44114 |
| | rjfogarty@hahnlaw.com |
| | cmcelfresh@hahnlaw.com |
| | bevans@hahnlaw.com |
| | Attorney for Defendant – Meritain Health Inc. |

_/s/ E. Todd Presnell_
E. Todd Presnell
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
tpresnell@bradley.com
Attorney for Defendant – National Health Insurance Company